Scanned at CDCR and E-Mailed on 3/28/22 by _____ (date) (CDCR O Initials)

Number of pages scanned: _____

# CIVIL COVER SHEET (E-SERVICE FROM CDCR Only)

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized by the Standing Order signed by Chief Judge Morrison C. England, Jr., dated September 24, 2014, and approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by Plaintiffs housed at institutions participating under the E-service program pursuant to the Standing Order and necessary for the purpose of initiating the civil case.

**I. PLAINTIFF** (to be Completed by Plaintiff)

CARROLL, T.,
MITCHELL, W.,
WILLIAMS, L.

**II. DEFENDANT(S)** (to be Completed by Plaintiff)

CDCR,
CCWF WARDEN,
JOHN DOE(S) 1-50,
ET. AL

1:22-cv-00363-BAM-(PC)

**III. INSTITUTION BEING E-FILED FROM** (Place an "X" in One Box Only) (To be Completed by Plaintiff)

☐ Corcoran State Prison          ☐ Pleasant Valley State Prison

CENTRAL CALIFORNIA WOMENS FACILITY

**IV. SENDER INFORMATION** (to be Completed by CDCR Staff Member)

SENDER: _____ (Please SIGN Name)   _____ (Please PRINT Name)

DATE SCANNED & EMAILED: _____

**V. IF CIVIL COMPLAINT CANNOT BE E-FILED ONLY** (to be Completed by CDCR Staff Member)

☐ This civil complaint, and other initial filing documents authorized by the Standing Order signed September 24, 2014, is authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without the need to be electronically filed because the digital sender/scanner was down for more than 48 hours. See Standing Order at ¶ 2.

DATED: _____

_____ (Please SIGN Name)   _____ (Please PRINT Name)

**Institution:** ☐ Corcoran State Prison          ☐ Pleasant Valley State Prison

See Reverse Side for *"Instructions To Plaintiffs Participating In E-Service Program At Participating CDCR Facilities"*

ED Cal- Fresno 1 (October 2014)