# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE CARROLL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, *et al.*,<br><br>　　　　　　Defendants. | Case No.  1:22-cv-00363-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR PERMANENT AND PRELIMINARY INJUNCTION<br>(ECF No. 12)<br><br>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER<br>(ECF No. 13) |

Plaintiff Tremayne Carroll ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff's complaint has not yet been screened.

On April 20, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion or permanent and preliminary injunction be denied.  (ECF No. 12.)  The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4.)  Plaintiff has not filed objections, and the deadline to do so has expired.

On April 21, 2022, Plaintiff filed a second motion for temporary restraining order.  (ECF No. 13.)  As Plaintiff's second motion largely reiterates the factual allegations and request for relief set forth in her first motion, the undersigned considers the two motions together.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's second motion for temporary restraining order, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 20, 2022, (ECF No. 12), are adopted in full;
2. Plaintiff's motion for permanent and preliminary injunction, (ECF No. 10), is denied;
3. Plaintiff's motion for temporary restraining order, (ECF No. 13), is denied; and
4. The matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   June 10, 2022                              _____
                                                    SENIOR DISTRICT JUDGE