Plaintiff's Name **CARROLL, TREMAYNE**
Inmate No. **WB1153**
Address **1508**
**CHOWCHILLA, CA 93610**

**FILED**

JUL 28 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____
(Name of Plaintiff)

Case Number: **1:22-cv-363 AWI BAM (PC)**

VS.

**CDCR, ET. AL, WARDEN PARRALES, B-FACILITY AW/ CPT/LT.S/SGT'S, J. HAYNES, VILLANUEVA, JANE/JOHN DOE(S) 1-50**

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☑ 42 U.S.C. 1983 (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

JUL 28 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes ✓ No ___

B. If your answer to A is yes, how many? **UNKNOWN**

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

   Plaintiff **CARROLL, TREMAYNE**

   Defendants **CDCR GREEN WALL MEMBERS, STAFF**

2. Court (if Federal Court, give name of District; if State Court, give name of County)
   **UNKNOWN OTHER THAN DISTRICT COURT**

3. Docket Number **3:20-cv-00079-BAS-RBM**   4. Assigned Judge **BAS, RBM**

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
   **SETTLEMENT AGREED NOT YET PAID**

6. Filing Date (approx.) __2019__   7. Disposition Date (approx.) __2022__

## II. Exhaustion of Administrative Remedies

**NOTICE:**   Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are required to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes __✓__  No_____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes __✓__  No_____

C. Is the process completed?

Yes __✓__   If your answer is yes, briefly explain what happened at each level.

NOTHING HAPPENED AT EITHER LEVEL ON EITHER GRIEVANCE. THE GRIEVANCE SYSTEM IS A "SHAM" AND ACTUALITY ANOTHER GREEN WALL "COVER-UP" UNIT IN PLACE TO DISCOURAGE, RETALIATE, INTIMIDATE AND CIRCUMVENT DUE PROCESS RIGHTS TO REMEDY OR COUNT

No_____   If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name __PARALLES__ is employed as __WARDEN__

Current Address/Place of Employment __P.O. BOX 1508/CCWF, CHOWCHILLA, CA__

B. Name __J. HAYNES__ is employed as __CORRECTIONAL OFFICER__

Current Address/Place of Employment __CCWF, P.O. BOX 1508 CHOWCHILLA, CA__

C. Name __VILLANUEVA__ is employed as __CORRECTIONAL OFFICER__

Current Address/Place of Employment __CCWF, P.O. BOX 1508 CHOWCHILLA, CA__

D. Name __PADILLA__ is employed as __CAPTAIN__

Current Address/Place of Employment __CCWF, P.O. BOX 1508 CHOWCHILLA, CA__

E. Name __JANE/JOHN DOE(S) 1-50__ is employed as __C/O, SGT., LT., AW, OTHER__

Current Address/Place of Employment __CCWF, P.O. BOX 1508 CHOWCHILLA, CA__

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

CRUEL & UNUSUAL PUNISHMENT, RECKLESS ENDANGERMENT, DELIBERATE INDIFFERENCE, FAILURE TO PROTECT, HATE CRIMES (LGBTQ)

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

ON 12/05/21, IN BUILDING 505 DAYROOM AT CCWF, I/P JANE DOE PUNCHED PLAINTIFF IN FACE AND THREW HOT COFFEE IN HER FACE, ALL OF WHICH WAS CAPTURED ON AVSS AND OBSERVED BY FLOOR STAFF C/O VILLANUEVA AND PARTNER(S) JANE/JOHN DOE(S). NEITHER STAFF DID ANYTHING. RATHER THAN I/P JANE DOE RECEIVING RVR AND REFERRAL TO LOCAL DA FOR PROSECUTION FOR HATE CRIME

SHE WAS REWARDED. C/O VILLANUEVA AND PARTNER(S) FAILED TO PROTECT PLAINTIFF AT TIME OF ATTACK AND FROM FUTURE ATTACKS BY NOT PLACING I/P JANE DOE IN AD-SEG NOR PLACING SEPERATION CHRONO IN PLACE TO PREVENT FUTURE ATTACKS. CCWF WARDEN, B-FACILITY AW, CPT, LT'S AND SGT'S FAILED TO SUPERVISE AND WILL BE NAMED (CURRENTLY JANE/JOHN DOES) UPON DISCOVERY DETAILING WHO WAS AT WORK ON 12/05/21. I/P JANE DOE WAS ENCOURAGED TO ASSAULT PLAINTIFF BASED ON PLAINTIFF'S LGBTQ/SB132 STATUS AND ROLES IN CARROLL V. TOELE AND ARMSTRONG V. NEWSOM.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

CRUEL & UNUSUAL PUNISHMENT, RECKLESS ENDANGERMENT, DELIBERATE INDIFFERENCE, FAILURE TO PROTECT, FAILURE TO SUPERVISE.

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

ON OR AROUND 12/03/22, THE SAME I/P JANE DOE IN CLAIM #1 VIOLENTLY ASSAULTED PLAINTIFF, PULLING HER OUT OF WHEELCHAIR AND PUNCHING HER OVER (10) TIMES IN THE FACE AND HEAD, ALL CAPTURED ON AVSS; YET UNOBSERVED BY AT LEAST (10) JANE/JOHN DOE(S) ASSIGNED WITH MONITORING YARD MOVEMENT DURING BREAKFAST, INCLUDING C/O VILLANUEVA AND PARTNERS IN SOS. CCWF WARDEN, B-FACILITY AW, CPT, LT'S, SGT'S FAILED TO SUPERVISE AND FAILED TO PROTECT PLAINTIFF FROM I/P JANE DOE. EACH KNEW OR SHOULD'VE KNOWN SHE WOULD ATTACK PLAINTIFF AGAIN AFTER GETTING AWAY WITH

IT THE FIRST TIME. I/P JANE DOE WAS AGAIN REWARDED RATHER THAN GIVEN AN RVR OR BEING PROSECUTED OR PLACED IN AD-SEG.

ON 03/03/22, THE SAME I/P JANE DOE IN CLAIMS #1 & #2 AGAIN ASSAULTED PLAINTIFF, WHICH WAS CAPTURED ON AVSS; YET UNOBSERVED BY AT LEAST (10) JANE/JOHN DOE(s) ASSIGNED WITH MONITORING MOVEMENT TO/FROM BREAKFAST - CCWF WARDEN, AW, CPT, LT'S, SGT'S (PLEASE SEE ATTACHED)

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

PLAINTIFF SEEKS APPOINTMENT OF COUNSEL TO BALANCE SCALES OF JUSTICE AND WANTS COURT TO ORDER JURY TRIAL, WHICH EACH DEFENDANT FACING MONETARY LIABILITY IN THEIR OFFICIAL AND INDIVIDUAL CAPACITY(s) IN THE AMOUNT(s) FOUND FIT BY JURY. ORDER DISCOVERY SO PLAINTIFF CAN NAME JANE/JOHN DOE(s) 1-50

I declare under penalty of perjury that the foregoing is true and correct.

Date: 07/21/22      Signature of Plaintiff: _____

(Revised 4/4/14)

(ATTACHED)

FAILED TO PROTECT PLAINTIFF FROM I/P JANE DOE. EACH KNEW OR SHOULD'VE KNOW I/P JANE DOE WOULD AGAIN ATACK PLAINTIFF AFTER GETTING AWAY WITH IT TWICE BEFORE.

CLAIM #3

ON 07/02/22, C/O J. HAYNES VIOLATED CDCR POLICY BY ENTERING SOS-23 TO AVOID AVSS DETECTION AND PHYSICALLY ASSAULTED PLAINTIFF AND PLAINTIFF'S ROOM I/P PENNEWELL, AILEKA. OFFICER HAYNES MADE HOMOPHOBIC AND RACIST COMMENT WHEN STATING BEFORE SLAPPING PLAINTIFF," IM TIRED OF YOUR PUNK ASS AND THIS BLACK BITCH" C/O PINEDA OBSERVED OFFICER HAYNES PHYSICAL ATTACK ON I/P PENNEWELL AND REPEATEDLY YELLED," STOP HAYNES, SHE'S RESPONDING". THERE ARE HUNDREDS IF NOT THOUSANDS OF SIMILAR COMPLAINTS ON RECORD AGAINST C/O HAYNES, WHO'S GONE UNPUNISHED. C/O HAYNES SHOULD BE PROSECUTED FOR HATE CRIMES. CCWF WARDEN, B-FACILITY AW, CPT, LT'S, SGT'S FAILED TO PROTECT PLAINTIFF FROM C/O HAYNES AND EACH KNEW OR SHOULDVE KNOWN C/O HAYNES WOULD CONTINUE UNLAWFUL BEHAVIOR BASED ON A RECORD OF UNLAWFUL BEHAVIOR. ACCORDING TO I/P JANE DOE IN CLAIMS #1,2,3, C/O HAYNES IS THE ONE WHO EMPLOYED HER TO ATTACK PLAINTIFF AND SHIELDED HER.